## Audenried Estate.

Argued November 9, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*Oscar M. Hansen,* with him *Morgan, Lewis & Bockius,* for appellants.

*Richard W. Ledwith,* with him *Roger Scattergood* and *MacCoy, Evans & Lewis,* for appellant.

*H. Ober Hess,* with him *Boyd L. Spahr, Jr., William R. Spofford* and *Ballard, Spahr, Andrews & Ingersoll,* for appellees.

*Richard W. Thorington,* with him *Edmonds, Obermayer & Rebmann,* for Philadelphia Bar Association, appellee.

OPINION PER CURIAM, January 4, 1954:

The decree is affirmed on the opinion of Judge BOLGER. Costs to be paid by appellant.